**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. | ) | |
| JILL CARNAHAN, Plaintiff, | ) | |
| v. | ) | No. 25-00370-CV-W-BP |
| CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.,* Defendants. | ) | |

## CLERK'S ORDER OF DISMISSAL

On the 9h day of July a Notice of Voluntary Dismissal of Plaintiff Jill Carnahan was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on July 9, 2026, (Doc. 404), Jill Carnahan's claims are dismissed without prejudice.

.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: July 9, 2026